J. L. Prager, for appellant. S. J. Rosenblum, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRUNER, Appellant, v. TORREY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Evelyn Day Bruner against Frank B. Torrey ·as executor, etc., of Edward Warren Day, deceased, and others. No opinion. Order affirmed, with $10 costs and disbursements. See also, 141 App. Div. 838, 125 N. Y. Supp. 915.

BRYAN v. SAFIR. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by William J. Bryan against Carl Safir. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BUGBEE, Appellant, v. OVERSTREET, Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Dana J. Bugbee against William I. Overstreet. E. A. Alexander, for appellant. R. Krause, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 145 App. Div. ·921, 130 N. Y. Supp. 1106.

BUTCHER. Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Jacob S. Butcher against the City of New York.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 144 App. Div. 908, 128 N. Y. Supp. 1116.
WOODWARD, J., dissents.

BUTTS, Respondent, v. GIBBS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by Susan Phillips Butts against John W. Gibbs, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

BYSTROM REALTY & CONTRACTING CO., Respondent, v. MACK PAVING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the Bystrom Realty & Contracting Company against the Mack Paving & Contracting Company. L. L. Kellogg, for appellant. R. L. Roguet, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

. CALLAHAN v. MUNSON S. S. LINE et al. (Supreme Court, Appellate Division, Second Department. December 16, 1911.) Action by Michael Callahan against the Munson Steamship Line, and others.
PER CURIAM. Judgment and order (71 Misc. Rep. 525, 130 N. Y. Supp. 869) affirmed, with costs, on the authority of Callahan v. Munson Steamship Line, 141 App. Div. 791, 126 N. Y. Supp. 538.
THOMAS, J., dissents.

CAMBRIDGE TRUST CO., Appellant, v. MERRIAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. January ·12, 1912.) Action by the Cambridge Trust Company against Henry Merriam and Stanley L. Smith, as partners, etc., and Harry W. Bennett. No opinion. Order modified, by striking out subdivisions V and VIII thereof, and, as so modified, affirmed, without costs.

CAMPBELL v. RODGERS. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by John H. Campbell against John C. Rodgers. No opinion. Application denied, with $10 costs. Order signed. See, also, 72 Misc. Rep. 395, 130 N. Y. Supp. 243.

CANAVAN BROS. CO., Appellant, v. BENDHEIM et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by the Canavan Bros. Company against Adolph M. Bendheim and another. L. L. Kellogg, for appellant. A. Freyer, for respondents. No opinion. Order (128 N. Y. Supp. 435) affirmed, with $10 costs and disbursements. Order filed.

CASEY, Respondent, v. AUBURN TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by James A. Casey, as administrator, etc., against the Auburn Telephone Company. No opinion. Order (131 N. Y. Supp. 1) affirmed, with $10 costs and disbursements.

CASEY et al., Respondents, v. TOMPKINS COUNTY CO-OP. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Catherine Casey and another against the Tompkins County Co-operative Fire Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs.

CAWTHRA v. CAWTHRA. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Celia B. Cawthra against Edward J. Cawthra. No opinion. Appeal dismissed, without costs, upon stipulation filed.

CEPENOBUIZ, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 10, 1911.) Action by Co-